# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> PATRICK LYELL GLENN <br> Date of Previous Judgment: September 30, 1996 <br> (Use Date of Last Amended Judgment if Applicable) | Case No: 3:96CR08-01 <br> USM No: 11513-058 <br> Baker McIntyre III <br> Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __37 months__ months **is reduced to** __30 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __35__        Amended Offense Level: __33__
Criminal History Category: __III__        Criminal History Category: __III__
Previous Guideline Range: __210__ to __262__ months    Amended Guideline Range: __168__ to __210__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):    This sentence is consecutive to the sentence received in 3:94CR155.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __September 30, 1996__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 12, 2009__

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge